ANN MILLER RAVEL, County Counsel (S.B. #62139)
LISA HERRICK, Deputy County Counsel (S.B. #157115)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900

Attorneys for Defendants

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BUZAYENE KIDANE, BRIAN LOGAN, PHILLIP WILLIAMS,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, BOARD OF SUPERVISORS OF THE COUNTY OF SANTA CLARA, PROBATION DEPARTMENT OF THE COUNTY OF SANTA CLARA, JOHN CAVALLI, RICHARD MUNLEY, TENLY PETRINO, DEBBIE HULEN, individually, and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. C04-00325 JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT AND ORDER** |

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiffs, Buzayene Kidane, Brian Logan, and Phillip Williams, and defendants, County of Santa Clara, Probation Department of the County of Santa Clara, John Cavalli, Richard Munley, Tenly Petrino and Debbie Hulen, through their undersigned counsel, that the entire action be dismissed with prejudice as to defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice and
Entry of Judgment and Order      1      C04-00325 JW

IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter judgment dismissing the entire action with prejudice.

IT IS FURTHER STIPULATED THAT each party shall bear its own costs and attorneys' fees.

Dated: 11/30, 2005

CHARLES A. BONNER
Attorney for Plaintiffs

Dated: nov 29, 2005

LISA HERRICK
Deputy County Counsel

Attorneys for Defendants

ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

2. The clerk shall enter judgment dismissing the entire action with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Dated: December 1, 2005

JUDGE OF THE DISTRICT COURT

S:\Main\Litigation\Kidane\Pleadings\Dismissal.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice and
Entry of Judgment and Order

2

C04-00325 JW